IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>      Plaintiffs,<br><br>vs.<br><br>KELVIN PHILLIPS,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 2:07-CV-201-MHT<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs CAPITOL RECORDS, *et al.*, by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Respectfully submitted this the 7th day June 2007.

                                              /s/ Joseph Seawell Moore
                                              One of the Attorneys for Plaintiffs

**OF COUNSEL**:

Dorman Walker (Bar # WAL086)
Kelly F. Pate (Bar # FIT014)
Joseph Seawell Moore (Bar # MOO106)
BALCH & BINGHAM LLP
105 Tallapoosa St., Suite 200
P.O. Box 78 (36101-0078)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 7th day of June, 2007.

Kelvin Phillips
3022 Southmall Circle, Apt. A
Montgomery, AL 36116

                                        /s/ Joseph Seawell Moore
                                        Of Counsel