**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 223-7308

June 8, 2007

**NOTICE OF VOLUNTARY DISMISSAL**

TO:        All Counsel

FROM:    Clerk's Office

RE:        Capitol Records, Inc. Et al v. Phillips
           Civil Action No.  2:07cv201-MHT

Pursuant to the Notice of Dismissal filed by the plaintiff on June 7, 2007, this case has been closed and removed from the docket of this court.